The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-168RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING |
| JAMES MONROE FLOWERS, | |
| Defendant. | |

This matter comes before the Court on the government's motion to continue the evidentiary hearing in this matter, currently set for December 19, 2024, to a date after January 20, 2025, that is convenient for the Court. The Court, having reviewed the motion, and being otherwise fully advised, grants the motion and hereby:

ORDERS that the current hearing set for December 19, 2024 remains scheduled, but its purpose is changed to a status/bond hearing;

ORDERS that the evidentiary hearing on the pending alleged violations of supervised release is continued to February 6, 2025 at 9:30 a.m.

Order Granting Motion to Continue - 1
*United States v. Flowers* / CR11-168RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of December, 2024.

*[signature: M S Lasnik]*
Honorable Robert S. Lasnik
U.S. District Court Judge

Proposed by:

TESSA M. GORMAN
United States Attorney
Western District of Washington

By: /s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
Assistant United States Attorney

Order Granting Motion to Continue - 2
United States v. Flowers / CR11-168RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970